# IN THE DISTRICT COURT OF THE UNITED STATES

## For the Western District of New York

---

| | |
|---|---|
| THE UNITED STATES OF AMERICA | NOVEMBER 2011 GRAND JURY (Impaneled 11/04/2011) |
| -vs- | |
| CALVIN YOUNG, WILLIAM SMITH, RASHEED GRAY, ADALID AYALA, ISRAEL MARTINEZ, JESUS NOEL RIVERA-MORALES a/k/a John Fuller, Jr., MARISOL GOMEZ, and ANTHONY BISHOP | SUPERSEDING INDICTMENT 12-CR-101-A Violation: Title 21, United States Code, Section 846 (1 Count and Forfeiture Allegation) |



## COUNT 1
(Conspiracy to Possess With Intent to Distribute and to Distribute 5 Kilograms or More of Cocaine)

The Grand Jury Charges That:

Beginning in or before November 2011, the exact date being unknown, and continuing up to on or about March 30, 2012, in the Western District of New York, and elsewhere, the defendants, **CALVIN YOUNG, WILLIAM SMITH, RASHEED GRAY, ADALID AYALA, ISRAEL MARTINEZ, JESUS NOEL RIVERA-MORALES a/k/a John Fuller, Jr., MARISOL GOMEZ,** and **ANTHONY BISHOP,** did knowingly, willfully and unlawfully combine, conspire and agree together and with others, known and unknown, to commit the following offenses, that is, to possess with

the intent to distribute, and to distribute, five (5) kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 846.**

## FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon their conviction of Count 1 of this Indictment, the defendants, **CALVIN YOUNG, WILLIAM SMITH, RASHEED GRAY, ADALID AYALA, ISRAEL MARTINEZ, JESUS NOEL RIVERA-MORALES** a/k/a John Fuller, Jr., **MARISOL GOMEZ** and **ANTHONY BISHOP** shall forfeit all of their interest in any and all property, real or personal, constituting or derived from any proceeds the person obtained, directly or indirectly, as the result of such violation, including but not limited to the following:

**MONEY JUDGMENT**

    a.    The sum of four million ($4,000,000.00) dollars United States currency.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

    (1)    cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above property.

**All pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(p).**

DATED: Buffalo, New York, April 3, 2012.

                                    WILLIAM J. HOCHUL, JR.
                                    United States Attorney

                            BY:     _____
                                    THOMAS S. DUSZKIEWICZ
                                    Assistant U.S. Attorney
                                    United States Attorney's Office
                                    Western District of New York
                                    138 Delaware Avenue
                                    Buffalo, New York 14202
                                    716/843-5863
                                    Thomas.S.Duszkiewicz@usdoj.gov

A TRUE BILL: _____

_____
FOREPERSON