# United States District Court
### for the
### Western District of New York

| | | |
|---|---|---|
| United States of America | ) | Richard J. Arcara |
| v. | ) Case No. 12-CR- | |
| William Smith | ) | 12 CR 101 |
| _Defendant_ | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **William Smith**, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to possess with intent to distribute, and distribution, of 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Date: **MAR 2 7 2012**

_Issuing officer's signature_

MICHAEL J. ROEMER
CLERK OF THE COURT
_Printed name and title_

City and state:   Buffalo, New York

### Return

This warrant was received on (date) 03.27.2012, and the person was arrested on (date) 04.05.2012
at (city and state) Buffalo, NY.

Date: 11.19.2012

_Arresting officer's signature_

Sandra Olden
_Printed name and title_

DEA