UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

  v.           DECISION AND ORDER
               12-CR–101

CALVIN YOUNG,
WILLIAM SMITH,
RASHEED GRAY,
ADALID AYALA,
ISRAEL MARTINEZ,
JESUS NOEL RIVERA-MORALES,
MARISOL GOMEZ,
ANTHONY BISHOP,

        Defendants.

---

  The above-referenced case was referred to Magistrate Judge H. Kenneth Schroeder, Jr. pursuant to 28 U.S.C. §636(b)(1)(B).  Magistrate Judge Schroeder issued a Report and Recommendation recommending that defendant William Smith's motion to suppress his post-arrest statements to law enforcement be denied.

  The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed[1], it is hereby

---

  [1] Defendant Smith filed a motion requesting an extension of time to file objections to the Report and Recommendation.  The Court granted defendant's motion,

ORDERED, that pursuant to 28 U.S.C. §636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, defendant William Smith's motion to suppress his post-arrest statements to law enforcement is denied.

The parties shall appear before the Court on August 6, 2013 at 12:30 p.m. for a status conference or meeting to set a trial date.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: August 5, 2013

---

however, no objections were timely filed.  Thus, the Court deems the matter submitted without objections.